UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. |
| V. | § | |
| | § | 3:17-CR-397-B |
| ONG NOY, | § | |
| | § | |
| Defendant. | § | |

## ORDER FINDING THE DEFENDANT INCOMPETENT TO STAND TRIAL

After conducting a hearing on September 24, 2019 under 18 U.S.C. § 4241(c) to determine whether Defendant meets the standard of competence to proceed with a supervised release revocation proceeding, the United States Magistrate Judge issued findings, conclusions, and a recommendation to this Court that Defendant is not currently competent to proceed (doc. 29). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

ACCORDINGLY, the Court FINDS and ORDERS as follows:

That the Defendant, Ong Noy, suffers from a mental disease or defect rendering him unable to adequately understand the nature and consequences of the proceedings against him or to assist properly in his defense. 18 U.S.C. § 4241(d);

That, pursuant to 18 U.S.C. §4241(d), Ong Noy is hereby committed to the custody of the Attorney General. The Attorney General shall hospitalize Noy for treatment in a suitable facility for such a reasonable period of time, **not to exceed four months**, as is necessary to determine whether

there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward; and

That the director of the facility where Noy is hospitalized shall issue monthly reports, beginning thirty days after Noy's arrival at the facility, to be submitted to the Court, counsel for the Government and counsel for the Defendant specifying whether or not Noy's mental condition has improved to permit the proceedings to go forward.

**SO ORDERED.**

**SIGNED on the 16th day of October, 2019.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE